# United States Bankruptcy Court
## District of Nevada

Case No. **10–24329–mkn**
**Chapter 13**

In re: (Name of Debtor)
    GAMEZ FLORIDALMA                                  CARLOS DUFFUS
    1528 HELEN BELLE DR                          1528 HELEN BELLE DR
    LAS VEGAS, NV 89110                          LAS VEGAS, NV 89110

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the above named debtor(s), having been Dismissed by Court Order, **IT IS HEREBY ORDERED THAT:**

                                           KATHLEEN A. LEAVITT, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 1/27/11                                                BY THE COURT

                                                   *Mary A. Schott*
                                                   Mary A. Schott
                                                   Clerk of the Bankruptcy Court